# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 4:09CR0345 DJS/TCM** |
| | ) | |
| **SUSAN FEAMAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER FOR MENTAL EXAMINATION

Upon motion of counsel for Susan Feaman ("Defendant") [Doc. 14], that Defendant may presently be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her own defense, the Court, pursuant to Section 4241, Title 18, United States Code, does hereby order that Defendant be examined as to her mental condition. The Court does hereby order that Defendant be examined by Dr. Michael Armour, 225 South Meramec, Suite 432T, Clayton, Missouri, 63105, as promptly as possible, but in no case for a period in excess of forty-five (45) days. See 18 U.S.C. § 4247(b). Upon completion of the examination, a report shall be prepared and filed with the Court in accordance with the provisions of Section 4247(b) and (c), Title l8, United States Code. The report shall include: 1) defendant's history and present symptoms; 2) a description of the psychiatric, psychological, and medical tests that were employed and their

results; 3) the examiner's findings; and 4) the examiner's opinions as to diagnosis, prognosis, and whether Defendant is suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense, and whether Defendant was insane at the time of the offense charged.

**IT IS HEREBY ORDERED** that the motion to determine Defendant's competency [Doc. 14] is **GRANTED**.


/s/Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 5th day of June, 2009.